UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY H. ALLEN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UTILIQUEST, LLC, and DOES 1 through 100, INCLUSIVE,<br><br>Defendant(s). | No. C 13-004466 SBA<br><br>San Francisco Superior Court<br>Case NO. CGC-12-525644<br><br>**STIPULATION AND ORDER**<br>**SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐ Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☒ other requested deadline <u>The parties discussed ADR during their Rule 26(f) Conference, and have agreed upon private mediation with a mutually agreed mediator. The parties are working on scheduling a date for mediation.</u>

Dated: 12/20/13

Dated: 12/20/13

_____
Attorney for Plaintiff

_____
Attorney for Defendant

Rev. 12/11

Page 1 of 2

**ORDER**

☐ The parties' stipulation is adopted and IT IS SO ORDERED.
☒ The parties' stipulation is modified as follows, and IT IS SO ORDERED.
  Mediation to be completed within 180 days of the date this order is filed.

Dated: 12/23/2013

*Saundra B Armstrong*
UNITED STATES DISTRICT JUDGE

When filing this docume nt in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11